IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL BUSTOS-AGUIRRE, et al.,

    Defendants.                           Case No. 04-CR-30029-DRH

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on defendant Quawntay Adams' Motion to Continue Trial Setting. (Doc. 206.) A jury trial for defendant Adams is currently set for March 27, 2006. Defendant Adams' counsel believes this jury trial will require more than one week to reach conclusion. (*Id*. at ¶ 2.) However, in his Motion, counsel states that he has a pre-existing criminal jury trial setting on April 3, 2006, in the United States District Court for the Eastern District of Missouri, which will likely *not* be rescheduled, and would therefore conflict with defendant Adams' current trial setting. (*Id*. at ¶¶ 1-2.) Therefore, counsel requests a continuance of defendant Adams' trial setting, further noting that the Government does not object to Defendant's Motion. (*Id*. at ¶ 2.)

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of

the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 206.) The Court **CONTINUES** the jury trial scheduled for Monday, March 27, 2006 at 9:00 a.m., to **Monday, June 26, 2006, at 9:00 a.m.** The time from the date the original Motion to Continue (Doc. 206) was filed, March 7, 2006, until the date to which the trial is rescheduled, June 26, 2006, is excludable time for the purposes of speedy trial.

    **IT IS SO ORDERED.**

    Signed this 8th day of March, 2006.

    /s/      David　RHerndon
**United States District Judge**