UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04CR30029-001-DRH |
| | ) | |
| vs. | ) | |
| | ) | |
| Angel Bustos-Aguirre, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER REMITTING FINE

This matter is before the Court on the Government's petition, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (**Doc #514**). In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective as Defendant is no longer in this country due to having been deported, the Government's petition is **GRANTED**. Accordingly, the unpaid portion of the fine imposed against Defendant in the amount of **$346.53**, is **REMITTED** pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

DATED: September 13, 2010

/s/    David R. Herndon
DAVID R. HERNDON
Chief Judge, United States District Court